IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BP PRODUCTS NORTH AMERICA, INC.                    PLAINTIFF

v.           Civil No. 10-2028

LOTSIP, INC. and JOHN S. GRESHAM                   DEFENDANTS

### <u>O R D E R</u>

Currently before the Court is the Notice of Settlement and Request for Stay (doc. 24) filed by the parties. Upon due consideration, and all parties being in agreement, the request is GRANTED, and this action is STAYED until October 21, 2011 by which time BP will file a Notice of Dismissal with Prejudice upon completion of performance of the Settlement Agreement or, alternatively, a Consent Judgment against Defendants upon non-performance of the Settlement Agreement.

Further, the Motion to Dismiss Defendants' Counterclaim (doc. 16) is DENIED AS MOOT based upon Defendants' Stipulation of Dismissal of the counterclaim with prejudice (doc. 23).

IT IS SO ORDERED this 1st day of October 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)